**Order entered December 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00467-CR

**JULIO CESAR SOTO-GALVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32930CR**

### ORDER

We abated this appeal for the trial court to appoint new counsel for appellant. The trial court has appointed counsel, and counsel for appellant has filed appellant's brief. We **REINSTATE** this appeal.

/s/    DENNISE GARCIA
JUSTICE